RABE v. STATE OF ARKANSAS.

LIQUOR:   *Selling brandy-peaches without license.*
    No license is required to sell fruits preserved in brandy; but if one put a
    few peaches or cherries in a bottle of liquor to evade the law, and sell
    them, he is guilty.

APPEAL from *Perry* Circuit Court.

Hon. J. M. SMITH, Circuit Judge.

*Attorney-General Moore,* for the State.

SMITH, J.   Rabe was indicted for selling ardent liquors
without license.   Waiving a jury, he was tried by the court;
was convicted, and sentenced to pay a fine of $200.   No
declarations of law were made or refused; and the only
question before us is, whether his conviction was sustained
by the law and the evidence.
    The facts were, that, as a clerk in a village store, he sold
brandy-peaches.   The bottle contained six peaches, sur-
rounded by one gill of a fluid, or syrup, which tasted like
strong liquors.   The witnesses thought that this liquid
might intoxicate, if one should imbibe enough of it, but it
was very weak.

Rabe falls not under the condemnation of the letter of the law, since that requires no license to sell fruits preserved in brandy. Nor does his case come within its spirit, as it would do if he had put a few cherries or peaches in a bottle of brandy to evade payment of the license.

Reversed, and remanded for a new trial.